UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Melissa Velazquez and Frances Fuentes-Noriega, individually and as representatives of a class of similarly situated persons, and on behalf of the Massachusetts Financial Services Company Defined Contribution Plan and the Massachusetts Financial Services Company MFSavings Retirement Plan,<br><br>                        Plaintiffs,<br><br>v.<br><br>Massachusetts Financial Services Company d/b/a MFS Investment Management, the Massachusetts Financial Services Company Retirement Committee, and the Massachusetts Financial Services Company Retirement Investment Committee,<br><br>                        Defendants. | Case No. 1:17-cv-11249-RWZ<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Melissa Velazquez and Frances Fuentes-Noriega ("Plaintiffs") respectfully move this Court for an Order: (1) preliminary approving the parties Class Action Settlement Agreement; (2) approving the proposed Settlement Notices and authorizing distribution of the Notices by Analytics Consulting LLC; (3) certifying the proposed Settlement Class; (4) approving Analytics Consulting LLC as the Settlement Administrator; (5) designating Plaintiffs as Class Representatives; (6) designating Plaintiffs' counsel as Class Counsel; (7) scheduling a final approval hearing; and (8) granting such other relief as set forth in Plaintiffs' proposed Preliminary Approval Order, submitted herewith.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on this Motion, the accompanying Memorandum of Law and authorities cited herein, the

Declaration of Kai Richter and exhibits attached thereto, the Declarations of Melissa Velazquez and Frances Fuentes-Noriega and all files, records, and proceedings in this matter.

Respectfully Submitted,

Dated: June 14, 2019	**NICHOLS KASTER, PLLP**

s/Kai Richter
Kai Richter (*admitted pro hac*)
Paul J. Lukas (*admitted pro hac*)
Brock J. Specht (*admitted pro hac*)
Carl F. Engstrom (*admitted pro hac*)
Mark E. Thomson (*admitted pro hac*)
Jacob T. Schutz (*admitted pro hac*)
Chloe A. O'Neill (admitted *pro hac*)
Benjamin J. Bauer (admitted *pro hac*)
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
krichter@nka.com
lukas@nka.com
bspecht@nka.com
cengstrom@nka.com
jschutz@nka.com
mthomson@nka.com
coneill@nka.com
bbauer@nka.com

**BLOCK & LEVITON LLP**
Jason M. Leviton (BBO #678331)
Jacob A. Walker (BBO #688074)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jason@blockesq.com
jake@blockesq.com

**MKLLC LAW**

Major Khan (admitted *pro hac*)
1120 Avenue of the Americas

2

4th Floor
New York, NY  10036

ATTORNEYS FOR PLAINTIFFS

**LR. 7.1(a)(2) CERTIFICATE**

I, Kai Richter, hereby certify that I conferred with counsel for Defendants regarding this Motion, and counsel for Defendants consent to the relief requested herein.

Dated: June 14, 2019             s/Kai Richter
                                 Kai Richter

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 14, 2019.

Dated: June 14, 2019             s/Kai Richter
                                 Kai Richter