**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Melissa Velazquez and Frances Fuentes-Noriega, individually and as representatives of a class of similarly situated persons, and on behalf of the Massachusetts Financial Services Company Defined Contribution Plan and the Massachusetts Financial Services Company MFSavings Retirement Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Massachusetts Financial Services Company d/b/a MFS Investment Management, the Massachusetts Financial Services Company Retirement Committee, and the Massachusetts Financial Services Company Retirement Investment Committee,<br><br>Defendants. | Case No. 1:17-CV-11249 (RWZ)<br><br>**PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARDS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 5, 2019 at 2:00 p.m., before the Honorable Rya W. Zobel, United States District Judge, in Courtroom 12, One Courthouse Way, Boston, Massachusetts 02210, Plaintiffs Melissa Velazquez and Frances Fuentes-Noriega ("Plaintiffs") will and hereby do move this Court for an Order awarding: (1) attorneys' fees to Class Counsel in the amount of $1,718,750 (25 percent of the Settlement Fund); (2) reimbursement of $173,978.18 in litigation expenses that Class Counsel incurred in connection with this action; (3) settlement administration expenses in the amount of $47,008 (including $19,508 to the Settlement Administrator; $2,500 to the Escrow Agent, and $25,000 to the Independent Fiduciary retained in connection with Article 3 of the Settlement Agreement); and (4) class representative service awards in the amount of $10,000 to each of the named Plaintiffs.

This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and Article 8 of the Parties' Class Action Settlement Agreement (ECF No. 91-1), and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Kai Richter and exhibits attached thereto, the previously-filed declarations of the Class Representatives (ECF Nos. 92, 93), the Settlement Agreement, and all files, records, and proceedings in this matter.

Counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion and have been advised that Defendants do not oppose the motion as parties to the Settlement.

Respectfully Submitted,

Dated: October 8, 2019

**NICHOLS KASTER, PLLP**

s/Kai Richter
Kai Richter*
Paul J. Lukas*
Brock J. Specht*
Carl F. Engstrom*
Mark E. Thomson*
Benjamin J. Bauer*
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
krichter@nka.com
lukas@nka.com
bspecht@nka.com
cengstrom@nka.com
mthomson@nka.com

**BLOCK & LEVITON LLP**
Jason M. Leviton (BBO #678331)
Jacob A. Walker (BBO #688074)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jason@blockesq.com
jake@blockesq.com

        **MKLLC LAW**
        Major Khan*
        1120 Avenue of the Americas
        4th Floor
        New York, NY 10036

        *Admitted *pro hac vice*

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019, a true and correct copy of this Plaintiffs' Motion for Approval of Attorneys' Fees, Expenses, and Class Representative Service Awards was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: October 8, 2019          s/Kai Richter
                                                    Kai Richter