UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Melissa Velazquez and Frances Fuentes-Noriega, individually and as representatives of a class of similarly situated persons, and on behalf of the Massachusetts Financial Services Company Defined Contribution Plan and the Massachusetts Financial Services Company MFSavings Retirement Plan,<br><br>                      Plaintiffs,<br><br>v.<br><br>Massachusetts Financial Services Company d/b/a MFS Investment Management, the Massachusetts Financial Services Company Retirement Committee, and the Massachusetts Financial Services Company Retirement Investment Committee,<br><br>                      Defendants. | Case No. 1:17-CV-11249 (RWZ)<br><br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 5, 2019 at 2:00 p.m., before the Honorable Rya W. Zobel, United States District Judge, in Courtroom 12, One Courthouse Way, Boston, Massachusetts 02210, Plaintiffs Melissa Velazquez and Frances Fuentes-Noriega ("Plaintiffs") will and hereby do move this Court for an Order granting final approval of the Parties' proposed Class Action Settlement Agreement. A proposed Final Approval Order is being submitted in connection with this motion and is also included as an exhibit to the Settlement Agreement.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e), this Court's Preliminary Approval Order dated June 25, 2019 (ECF No. 96), and Article 4 of the Parties' Class Action Settlement Agreement (ECF No. 91-1), and is based on the accompanying Memorandum of Law and authorities cited herein, the declarations of Kai Richter and Caroline P. Barazesh and

1

exhibits attached thereto, the Settlement Agreement, and all files, records, and proceedings in this matter.

Counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion and have been advised that Defendants do not oppose the motion.

Respectfully Submitted,

Dated: November 21, 2019    **NICHOLS KASTER, PLLP**

s/Kai Richter
Kai Richter*
Paul J. Lukas*
Brock J. Specht*
Carl F. Engstrom*
Mark E. Thomson*
Benjamin J. Bauer*
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
krichter@nka.com
lukas@nka.com
bspecht@nka.com
cengstrom@nka.com
mthomson@nka.com

**BLOCK & LEVITON LLP**
Jason M. Leviton (BBO #678331)
Jacob A. Walker (BBO #688074)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jason@blockesq.com
jake@blockesq.com

**MKLLC LAW**
Major Khan*
1120 Avenue of the Americas
4th Floor
New York, NY  10036

*Admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2019, a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: November 21, 2019             s/Kai Richter
                                     Kai Richter